# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CIVIL ACTION NO. 1:17-CV-2140 |
| Plaintiff | |
| v. | (Chief Judge Conner) |
| **CHRISTOPHER J. PEIFFER** a/k/a **CHRISTOPHER PEIFFER** a/k/a **CHRISTOPHE PEIFFER**, and **JOYEL M. PEIFFER** a/k/a **JOYEL PEIFFER,** | |
| Defendants | |

## **ORDER**

AND NOW, this 7th day of May, 2018, upon consideration of the court's order (Doc. 12) of April 10, 2018, wherein the court granted the government's motion for default judgment and entered default judgment against defendants *sub judice*, and further upon consideration of the government's motion (Doc. 13) to vacate said order and judgment, wherein the government indicates that it has learned that defendant Christopher J. Peiffer filed for bankruptcy on February 19, 2018 and was thus under the protection of the automatic stay provisions of 11 U.S.C. § 362 at the time of the government's motion for default judgment, it is hereby ORDERED that:

1. The government's motion (Doc. 13) to vacate judgment due to bankruptcy stay is GRANTED.

2. The court's order and judgment (Doc. 12) entered April 10, 2018 is VACATED.

3. The above-captioned action is STAYED pending resolution of the bankruptcy proceedings referenced in the government's motion. See 11 U.S.C. § 362.

4. Defendants shall provide the court with quarterly status reports on the bankruptcy proceedings referenced in the government's motion. The first such status report shall be filed on or before **Tuesday, August 7, 2018**.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania