# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : CIVIL ACTION NO. 1:17-CV-2140 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **CHRISTOPHER J. PEIFFER a/k/a CHRISTOPHER PEIFFER a/k/a CHRISTOPHE PEIFFER, and JOYEL M. PEIFFER a/k/a JOYEL PEIFFER,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 22nd day of August, 2019, upon consideration of plaintiff's motion which states that notice has been given to all lien holders of record and potential lien holders and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED that:

1. The public sale held on June 27, 2019, is hereby confirmed and the interests of all lien holders are divested.

2. Any objections which potential lien holders, S. Dawn Keefer, Scott L. and Jennifer E. Snyder, and David Spink, may have raised prior to confirmation of sale are therefore waived and the interest of S. Dawn Keefer, Scott L. and Jennifer E. Snyder, and David Spink, and their successors and assigns, in the Property is divested. S. Dawn Keefer, Scott L. and Jennifer E. Snyder, and David Spink, and their successors and assigns, are deemed to have received notice of the Marshal's Sale in accordance with Pa.R.C.P. 3129.1 *et seq.*

3. The Marshal is directed to execute and deliver to Cash Now LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of CHRISTOPHER J. PEIFFER a/k/a CHRISTOPHER PEIFFER a/k/a CHRISTOPHE PEIFFER and JOYEL M. PEIFFER a/k/a JOYEL PEIFFER in and to the premises sold located at 1555 Detters Mill Road, Dover, PA 17315-2812.

4. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

5. Jurisdiction is retained for such further orders or decrees as may be necessary.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania