# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:17-2140 |
| **Plaintiff** | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| **CHRISTOPHER J. PEIFFER a/k/a CHRISTOPHER PEIFFER a/k/a CHRISTOPHE PEIFFER, JOYEL M. PEIFFER a/k/a JOYEL PEIFFER,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 7th day of October, 2019, upon consideration of the Application for Distribution of Proceeds (Doc. 33), as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 1555 Detters Mill Road, Dover, PA 17315-2812 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, it is hereby ORDERED that the Schedule of Distribution, attached to this Order, is APPROVED and shall be entered on the docket by the Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

                                                  /S/ CHRISTOPHER C. CONNER  
                                                  Christopher C. Conner, Chief Judge  
                                                  United States District Court  
                                                  Middle District of Pennsylvania

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLEDISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>CHRISTOPHER J. PEIFFER a/k/a<br>CHRISTOPHER PEIFFER a/k/a CHRISTOPHE PEIFFER<br>JOYEL M. PEIFFER a/k/a JOYEL PEIFFER<br><br>Defendant(s) | CIVIL NO. 17-02140 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Cash Now LLC:      $80,000.00

Amount of cash received ............................................................. $80,000.00

## TO BE DISTRIBUTED AS FOLLOWS:

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A01571 .................................................... $80,000.00

                                              KML Law Group, P.C.

                                              By: _____
                                              Rebecca A. Solarz, Esquire
                                              Suite 5000 – BNY Independence Center
                                              701 Market Street
                                              Philadelphia, PA  19106-1532
                                              (215) 825-6327